[No. 8579–4–I. Division One. June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE HARRISON PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74184, Barbara J. Rothstein, J., entered March 13, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8524–7–I. Division One. June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY LEROY TRUDELL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00540–6, John F. Wilson, J., entered February 8, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Durham, J.

[No. 8518–2–I. Division One. June 29, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM R. DUNLAP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00990–0, William C. Goodloe, J., entered March 5, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Callow, J.